# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:23-CR-00024 |
| | : | |
| v. | : | |
| | : | |
| MELAD ABDMARIAM FAHMY | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 31st day of January, 2025, for the reasons set forth in the accompanying memorandum, Defendant's motion to suppress, Doc. 69, is **DENIED**.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Judge<br>
Middle District of Pennsylvania